634

Tom HALL v. STATE.

8 Div. 591.

Court of Appeals of Alabama.

Feb. 7, 1933.

BRICKEN, Presiding Judge.

Affirmed.

Mark HALLMARK v. STATE.

6 Div. 345.

Court of Appeals of Alabama.

May 17, 1932.

BRICKEN, P. J.

Affirmed.

William, alias Bill, HAMBY v. STATE.

6 Div. 321.

Court of Appeals of Alabama.

Dec. 20, 1932.

BRICKEN, P. J.

Appeal dismissed.

Orman HAMILTON v. STATE.

8 Div. 766.

Court of Appeals of Alabama.

Feb. 7, 1933.

SAMFORD, Judge.

Affirmed.

Guy HAMLIN v. STATE.

8 Div. 451.

Court of Appeals of Alabama.

Feb. 2, 1932.

RICE, J.

Appeal dismissed.

Sammie HAMMONS v. STATE.

8 Div. 659.

Court of Appeals of Alabama.

April 4, 1933.

BRICKEN, Presiding Judge.

Affirmed.

John HAMPTON v. STATE.

6 Div. 280.

Court of Appeals of Alabama.

Nov. 1, 1932.

BRICKEN, P. J.

Appeal dismissed by appellant.

J. T. HAMRICK v. TOWN OF ALBERT-
VILLE (two cases).

M. F. NIXON v. TOWN OF ALBERTVILLE.

W. A. HAYNES v. TOWN OF ALBERT-
VILLE (two cases).

F. N. CRITCHER v. TOWN OF ALBERT-
VILLE (two cases).

J. W. BAKER v. TOWN OF ALBERTVILLE.

H. J. MORGAN v. TOWN OF ALBERT-
VILLE (six cases).

J. O. HALL v. TOWN OF ALBERTVILLE
(four cases).

H. J. MORGAN v. TOWN OF ALBERTVILLE
(seven cases).

J. A. MONDAY and Eugene Monday v. TOWN
OF ALBERTVILLE.

8 Div. 169-194.

Court of Appeals of Alabama.

Jan. 4, 1932.

PER CURIAM.

Appeals dismissed on authority of Hamrick
v. Town of Albertville, 223 Ala. 216, 135 So.
326.